# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| AMANDA L. KELLY,<br><br>　　　Plaintiff,<br><br>v.<br><br>ROCK THE SCORE LLC,<br><br>　　　Defendant. | Case No. 4:22-cv-01256-SEP |

## AGREED STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, AMANDA L. KELLY, and the Defendant, ROCK THE SCORE LLC, through their respective counsel that the above-captioned case be dismissed *without* prejudice with leave to reinstate through September 13, 2023. After September 13, 2023, the dismissal shall become with prejudice, with each party to bear its own costs and attorney fees.

Date: May 18, 2023                                         Respectfully submitted,

**AMANDA L. KELLY**                                    **ROCK THE SCORE LLC**

| | |
|---|---|
| */s/ Nathan C. Volheim*<br>Nathan C. Volheim (#6302103)<br>*Counsel for Plaintiff*<br>Sulaiman Law Group, LTD<br>2500 S. Highland Avenue, Suite 200<br>Lombard, Illinois 60148<br>Phone: (630) 575-8181<br>Fax: (630) 575-8188<br>nvolheim@sulaimanlaw.com | /s/*Brian E. McGovern*<br>Brian E. McGovern, #34677<br>*Counsel for Defendant*<br>McCarthy, Leonard & Kaemmerer, L.C.<br>825 Maryville Centre Drive, Suite 300<br>Town and Country, MO 63017<br>Phone: (314) 392-5200<br>Fax: (314) 392-5221<br>bmcgovern@mlklaw.com<br><br>/s/ *Alexander J. Lindley*<br>Alexander J. Lindley, #71053<br>*Counsel for Defendant*<br>McCarthy, Leonard & Kaemmerer, L.C.<br>825 Maryville Centre Drive, Suite 300 |

Town and Country, MO 63017
Phone: (314) 392-5200
Fax: (314) 392-5221
alindley@mlklaw.com